# United States District Court
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **March 19, 2024**
Case No.: **3:19md2885**

Relates to: **7:20-cv-36595 (Kelly, Ricky Dean)**

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

**DOCKET ENTRY: Motion to Withdraw as Attorney of Record & Status Conference**

Attendance of Plaintiff and Counsel in person.
Court takes Motion to Withdraw as Attorney of Record (doc. 6) under advisement. Order to follow.
Court Exhibit placed in Clerk's secure storage.

**PRESENT:**

| **Honorable** **M. Casey Rodgers** **United States District Judge** | Nathan Adal Law Clerk | Barbara Rogers Deputy Clerk | Donna Boland Court Reporter |

**PROCEEDING: Motion to Withdraw Hearing**

**APPEARANCES:**

**Lead Counsel for Plaintiff:** Bryan Aylstock, Aylstock Witkin Kreis & Overholtz PLLC

| 2:09 pm | Court in Session |
| 2:42 | Court takes Motion to Withdraw as Attorney of Record (doc. 6) under advisement. Order to follow. |
| 2:43 | *Court Exhibit 1 admitted* |
| 2:44 pm | Mr. Aylstock will continue representing Mr. Kelly. |

**PROCEEDING: Status Conference**

**APPEARANCES:**

**Lead Counsel for Plaintiff:** Bryan Aylstock, Aylstock Witkin Kreis & Overholtz PLLC

**Plaintiff Leadership Counsel:** Brad Bradford, Aylstock, Witkin, Kreis, & Overholtz PLLC, Mike Burns, Mike Burns Law, Doug Monsour, Monsour Law Firm

**Lead Counsel for Defendants 3M Co. and Aearo:** Charles Beall, Moore, Hill & Westmoreland, P.A.

| 2:45 pm | Court discusses the obligations for continued participation in the litigation and the benefits of participating in the settlement program. |
| 3:36 pm | Court in Recess |