# *United States District Court*
## CIVIL MINUTES - GENERAL

In Re:  **3M Combat Arms Earplug Products Liability Litigation**

Relates to: **7:20-cv-36595 (Kelly, Ricky Dean)**

Date: **March 14, 2024**
Case No.: **3:19md2885**

**Judge M. Casey Rodgers**
**Magistrate Judge Hope T. Cannon**

**DOCKET ENTRY: Status Conference**

Attendance of Plaintiff and Counsel in person.

**PRESENT:**

| Honorable **Hope T. Cannon** | Keri Igney | None |
|---|---|---|
| United States Magistrate Judge | Deputy Clerk | Court Reporter |

**APPEARANCES:**

**Negotiating Plaintiff Counsel:** Brad Bradford, Aylstock, Aylstock Witkin Kreis & Overholtz and Doug Monsour, Monsour Law Firm

**Plaintiff Leadership Counsel:** Bryan Aylstock and Brad Bradford, Aylstock, Witkin, Kreis & Overholtz PLLC, Mike Burns, Mike Burns Law, Doug Monsour, Monsour Law Firm

**Lead Counsel for Defendants 3M Co. and Aearo:** Charles Beall, Moore, Hill & Westmoreland, P.A.

**PROCEEDINGS:**

| 2:00 p.m. | Court in Session |
| | Conference with Plaintiff. |
| 5:45 p.m. | Court adjourned. |