# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Kelly*, Case No. 7:20-cv-36595 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

The Court is aware that Ricky Dean Kelly executed registration forms to become a participating claimant in the 3M MDL settlement program. Accordingly, Case Management Order 57 no longer applies to Kelly, and the Court vacates all applicable case management deadlines for him, including those at ECF No. 19.

**SO ORDERED**, on this 1st day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**