UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to:<br>*Ricky D. Kelly*<br>Case No. 7:20cv36595 | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## AFFIDAVIT

State of NC
County of BRUNSWICK

Upon Notification From my council that he has closed my file and withdrew From my case. And After Extensive Attempts to find Replacement Council. I am forced to Represent myself (Pro-se) in the Above Action. My information is As follows:

kellyricky@bellsouth.net    Ricky Dean Kelly
910-524-1747                 3772 merks Place
                             Leland NC 28451

Under penalty of perjury, I hereby declare and affirm that the above stated facts, to the best of my knowledge, are true and correct.

DATED this 5 day of April, 2024

Signature: [signed]

Ricky Dean Kelly
Printed Name

FILED USDC FLND PN
JUL 5 '24 AM 10:33

The Kelly's
3772 Merks Place
Leland, NC 28451



Retail

9589 0710 5270 1549 6112 42

RDC 99

JUL 05 2024

Clerk of Court (civil)
US Courthouse
one North Palafox ST.
Pensacola FL 32502

INT
32502-565650

9327020132800319

U.S. POSTAGE PAID
FCM LETTER
LELAND, NC 28451
APR 08, 2024
$5.08
R2304Y122658-08

32502